**Motion Granted; Order filed October 31, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00695-CV
_____

**SALLY SALAS AND SEFERINO SALAS, Appellant**

**V.**

**LNV CORPORATION, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-69383**

## ORDER

On September 28, 2012, appellants Sally Salas and Seferino Salas filed a cash deposit into the registry of the court in the amount of $6,702.00 in connection with this appeal. The cash was deposited in accordance with Rule 24.1(c)(1) of the Texas Rules of Appellate Procedure in lieu of a supersedeas bond.

On August 8, 2013, this court issued an opinion affirming the trial court's judgment. On October 18, 2013, this court's mandate issued. On October 24, 2013, appellee LNV Corporation filed a motion to recover supersedeas bond. We

grant appellee's motion and order release of the funds deposited in the registry of the court to appellee.

PER CURIAM